JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., | NO. CV 07-03106 SJO (AJWx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TROY AUGUSTO, et al., | |
| Defendants. | |
| AND RELATED COUNTER-CLAIMS. | |

This action came before the Court on the parties' cross-motions for summary judgment. After full consideration of all admissible evidence, the Court finds that there is no triable issue of material fact in these cases with regard to Plaintiff UMG Recordings, Inc.'s ("UMG") claim against Defendant Troy Augusto ("Augusto") and as to Augusto's counter-claim against UMG.

It is hereby adjudged and decreed that judgment be entered in favor of Augusto on UMG's claim and that judgment be entered in favor of UMG on Augusto's claim, that all parties take nothing, and that the action be dismissed with prejudice.

IT IS SO ADJUDGED.

Dated this 10th day of June, 2008.          /S/ S. James Otero

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE