DURIE TANGRI LLP
MICHAEL H. PAGE - # 154913 (mpage@durietangri.com)
JOSEPH C. GRATZ - # 240676 (jgratz@durietangri.com)
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:   (415) 362-6666
Facsimile:   (415) 236-6300

ELECTRONIC FRONTIER FOUNDATION
CORYNNE MCSHERRY- # 221504 (corynne@eff.org)
454 Shotwell Street
San Francisco, CA  94110
Telephone:   (415) 436-9333 x123
Facsimile:   (415) 436-9993

Attorneys for Defendant
TROY AUGUSTO

KEKER & VAN NEST LLP
Benjamin Berkowitz - # 244441 (bberkowitz@kvn.com)
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:   (415) 391-5400
Facsimile:   (415) 397-7188

Former Attorneys for Defendant
TROY AUGUSTO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation,<br><br>                                        Plaintiff,<br><br>        v.<br><br>TROY AUGUSTO d/b/a ROAST BEAST MUSIC COLLECTABLES AND ROASTBEASTMUSIC, an individual; and DOES 1 through 10, inclusive,<br><br>                                        Defendants. | Case No. 2:07-cv-3106 SJO (AJWx)<br><br>**DEFENDANT TROY AUGUSTO'S NOTICE OF MOTION AND MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES**<br><br>Date:      March 21, 2011<br>Time:      10:00 AM<br>Place:     Courtroom 1(Second Floor)<br>Judge:    S. James Otero<br><br>Compl. Filed: May 10, 2007 |

1

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE that on March 21, 2011, at 10:00 a.m. or as soon

3    thereafter as counsel may be heard, in Courtroom Number 1 (Second Floor) of the

4    above-entitled Court, located at 312 N. Spring Street, Los Angeles, California

5    90012, defendant Troy Augusto will and hereby does move for an award of

6    reasonable attorneys' fees.  This Motion based on this Notice of Motion and

7    Motion, the accompanying Memorandum of Points and Authorities, the

8    Declarations of Joseph C. Gratz, Fred von Lohmann, and Benjamin Berkowitz, and

9    all other pleadings and papers on file in this action, and upon such further oral and

10   written argument and evidence as may be presented at or prior to the hearing of

11   this matter.

12

13   Dated: February 8, 2011                    DURIE TANGRI LLP,
                                                 ELECTRONIC FRONTIER
14                                               FOUNDATION

15

16

17                                              By:  /s/ Joseph Gratz
                                                     JOSEPH GRATZ
18                                                   Attorneys for Defendant
                                                     TROY AUGUSTO

19

20

21

22

23

24

25

26

27

28

542632.01        NOTICE OF MOTION AND MOTION FOR AN AWARD OF REASONABLE ATTORNEYS' FEES
                 CASE NO.  2:07-cv-3106 SJO (AJWx)