```
 1  DURIE TANGRI LLP
    MICHAEL H. PAGE - # 154913 (mpage@durietangri.com)
 2  JOSEPH C. GRATZ - # 240676 (jgratz@durietangri.com)
    217 Leidesdorff Street
 3  San Francisco, CA 94111
    Telephone:  (415) 362-6666
 4  Facsimile:  (415) 236-6300

 5  ELECTRONIC FRONTIER FOUNDATION
    CORYNNE MCSHERRY- # 221504 (corynne@eff.org)
 6  454 Shotwell Street
    San Francisco, CA 94110
 7  Telephone:  (415) 436-9333 x123
    Facsimile:  (415) 436-9993
 8
    Attorneys for Defendant
 9  TROY AUGUSTO

10  KEKER & VAN NEST LLP
    Benjamin Berkowitz - # 244441 (bberkowitz@kvn.com)
11  710 Sansome Street
    San Francisco, CA 94111-1704
12  Telephone:  (415) 391-5400
    Facsimile:  (415) 397-7188
13
    Former Attorneys for Defendant
14  TROY AUGUSTO
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TROY AUGUSTO d/b/a ROAST BEAST MUSIC COLLECTABLES AND ROASTBEASTMUSIC, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:07-cv-3106 SJO (AJWx)<br><br>**DECLARATION OF FRED VON LOHMANN IN SUPPORT OF DEFENDANT TROY AUGUSTO'S MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES**<br><br>Date:    March 21, 2011<br>Time:    10:00 AM<br>Place:   Courtroom 1 (Second Floor)<br>Judge:   S. James Otero<br><br>Compl. Filed: May 10, 2007 |

I, Fred von Lohmann, state:

1. I am an attorney duly admitted to practice law in the State of California, and am currently Senior Copyright Counsel for Google, Inc. Prior to joining Google in June 2010, I was a senior staff attorney with the Electronic Frontier Foundation ("EFF"), counsel to Troy Augusto in the above-entitled action.

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. UMG Recordings, Inc. ("UMG") filed the instant action in the Central District of California in May 2007. Shortly thereafter, EFF was retained to represent Mr. Augusto, along with Keker & Van Nest LLP. I acted as lead counsel for EFF in this matter.

4. EFF specializes in, among other things, intellectual property litigation, including copyright law. In my role as a senior staff attorney, I represented programmers, technology innovators, and individuals in a variety of copyright and trademark litigation, including *MGM v. Grokster*, decided by the Supreme Court in 2005. I was also involved in EFF's efforts to educate policy-makers regarding the proper balance between intellectual property protection and the public interest in fair use, free expression, and innovation.

5. I have received many awards and honors in the field of copyright law, including the American Library Association's 2010 L. Ray Patterson Copyright Award. I was also recognized as one of 2010's "25 Most Influential People in IP" by both The American Lawyer and Billboard magazines.

6. EFF generally represents clients without charge in precedent-setting litigation of national importance arising from the intersection of new technology with privacy rights, free press and free expression rights, and other civil liberties. Nevertheless, EFF attorneys have hourly rates for purposes of cases in which EFF is entitled to attorneys' fees.

7. In 2007, my standard hourly rate was $450 per hour, and it increased to $550 per hour in 2008. These rates reflect my experience and special expertise in the field.

8. Courts have found EFF's rates to be reasonable in several recent cases. In *Elec. Frontier Foundation v. Office of the Director of National Intelligence*, No. 07-05278 SI, 2008 U.S. Dist. LEXIS 44050 (N.D. Cal. June 4, 2008), for example, this Court found EFF's 2007 hourly rates to be reasonable. In *Apple v. Does* (Santa Clara Superior Ct., Case No. 1-04-CV-032178), EFF was awarded attorneys' fees in accordance with its lawyers' 2006 and 2007 rates. *Id.* In *In re Sony BMG CD Technologies Litigation* (S.D.N.Y. Case No 1:05-cv-09575-NRB), EFF attorneys were paid fees at their hourly rates as part of the settlement of the action in June 2006. *Id.* at Dkt. No. 127. In addition, in *OPG v. Diebold*, 337 F. Supp. 2d 1195 (N.D. Cal. 2004), EFF attorneys were paid fees pursuant to a settlement after a summary judgment victory at the organization's 2004 hourly rates.

9. I have reviewed my records, and attached hereto as **Exhibit A** is an accurate summary of the hours I spent working on this matter, excluding time spent working on Mr. Augusto's counterclaim. This summary includes a daily listing of the hours billed.

10. I am familiar with the prevailing market rates paid by clients in the San Francisco Bay Area for complex civil litigation, including copyright cases, and in my opinion, my rates are consistent therewith.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 8, 2011 in San Francisco, California.

/s/ *Fred von Lohmann*
Fred von Lohmann

# EXHIBIT A

EXHIBIT A
Page 4

UMG v. Augusto Hours – Fred von Lohmann
**Hours pertaining to 512(f) claim excluded.**

| DATE | TIME |
|---|---|
| June 13, 2007 | 2.0 |
| June 21, 2007 | 0.75 |
| June 28, 2007 | 1.0 |
| July 6, 2007 | 1.0 |
| July 24, 2007 | 1.0 |
| July 25, 2007 | 3.0 |
| July 31, 2007 | 1.0 |
| Aug. 10, 2007 | 1.0 |
| Aug. 14, 2007 | 0.5 |
| Aug. 15, 2007 | 0.5 |
| Aug. 20, 2007 | 0.5 |
| Sept. 11, 2007 | 1.5 |
| Sept. 12, 2007 | 0.5 |
| Sept. 17, 2007 | 0.25 |
| Sept. 25, 2007 | 1.0 |
| Sept. 26, 2007 | 0.5 |
| Oct. 1, 2007 | 6.0 |
| Oct. 3, 2007 | 0.75 |
| Oct. 9, 2007 | 0.75 |
| Oct. 10, 2007 | 0.75 |
| Nov. 15, 2007 | 0.5 |
| Nov. 30, 2007 | 0.5 |
| **Total 2007 hours** | **25.25** |
| @ $450/hour | $11,362.50 |
|  |  |
| Jan. 17, 2008 | 0.5 |
| Jan. 31, 2008 | 0.75 |
| Feb. 4, 2008 | 0.5 |
| Feb. 5, 2008 | 1.0 |
| Feb. 28, 2008 | 1.0 |
| March 10, 2008 | 6.0 |
| March 11, 2008 | 8.0 |
| March 12, 2008 | 10.0 |
| March 17, 2008 | 5.0 |
| March 18, 2008 | 8.0 |
| March 19, 2008 | 5.0 |
| March 20, 2008 | 8.0 |
| March 23, 2008 | 2.0 |
| March 25, 2008 | 1.0 |
| March 26, 2008 | 0.5 |
| March 30, 2008 | 6.0 |

| | |
|---|---|
| March 31, 2008 | 7.0 |
| April 2, 2008 | 3.0 |
| April 5, 2008 | 3.0 |
| April 6, 2008 | 0.75 |
| April 8, 2008 | 1.5 |
| April 11, 2008 | 1.5 |
| April 14, 2008 | 7.0 |
| April 15, 2008 | 4.0 |
| April 16, 2008 | 0.5 |
| April 17, 2008 | 6.5 |
| April 19, 2008 | 1.5 |
| April 20, 2008 | 0.75 |
| April 21, 2008 | 0.5 |
| April 22, 2008 | 2.0 |
| April 27, 2008 | 1.0 |
| April 28, 2008 | 1.0 |
| May 16, 2008 | 0.75 |
| May 22, 2008 | 0.75 |
| May 23, 2008 | 0.5 |
| June 10, 2008 | 1.0 |
| **Total 2008 hours:** | 107.75 |
| **@ $550/hour:** | $59,262.50 |
| | |
| **Total Hours:** | 133 |
| **Total Fees:** | $70,625.00 |