RUSSELL J. FRACKMAN (SBN 49087)
rjf@msk.com
AARON M. WAIS (SBN 250671)
amw@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff and Counterdefendant
UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>TROY AUGUSTO d/b/a ROAST BEAST MUSIC COLLECTABLES AND ROASTBEASTMUSIC, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO.   2:07 CV 3106 SJO (AJWx)<br><br>Honorable S. James Otero<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFF AND COUNTERDEFENDANT UMG RECORDINGS, INC. FOR AN AWARD OF ATTORNEYS' FEES**<br><br>[PROPOSED] ORDER ATTACHED HERETO<br><br>[MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF AND DECLARATION OF RUSSELL J. FRACKMAN FILED CONCURRENTLY HEREWITH]<br><br>Date:    March 21, 2011<br>Time:    10:00 a.m.<br>Ctrm:    880 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 21, 2011, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 880 located at 255 East Temple Street, Los Angeles, California 90012, the Honorable S. James Otero presiding, Plaintiff and Counterdefendant UMG Recordings, Inc. ("UMG") will and hereby does move this Court for an award of its attorneys' fees incurred in defending against the counterclaim filed and prosecuted by Defendant and Counterclaimant Troy Augusto ("Augusto") in the amount of $477,076.95 or such other amount as the Court may deem proper.

This motion is made on the grounds that UMG is the prevailing party on Augusto's counterclaim by virtue of this Court's June 10, 2008 Order, granting UMG's motion for summary judgment (Docket No. 112). Pursuant to 17 U.S.C. § 505 and under the standard enunciated in *Fogerty v. Fantasy, Inc.*, 510 U.S. 517, 534 (1994), the Court should exercise its discretion to award attorneys' fees to UMG.

Pursuant to the stipulation of the parties, the Court ordered that the filing of motions for attorneys' fees be deferred pending the final resolution of all appeals in this matter. The Court ordered that motions be filed within 14 days from the issuance of mandate. *See* Order dated June 19, 2008 (Docket No. 124). The Ninth Circuit's mandate issued on January 26, 2011, thus making this motion timely. *See* Mandate of the Ninth Circuit (Docket No. 129).

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Russell J. Frackman, all pleadings and papers on file in this action, any reply brief that may be filed, and such other arguments and evidence as may properly come before the Court.

1  This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place over several days between January 27 and February 8, 2011. Declaration of Russell Frackman ¶ 12.

DATED: February 9, 2011

RUSSELL J. FRACKMAN
AARON M. WAIS
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Russell J. Frackman
Russell J. Frackman
Attorneys for Plaintiff and Counter-defendant UMG RECORDINGS, INC.