UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UMG RECORDINGS, INC., a Delaware corporation, | CASE NO. 2:07 CV 3106 SJO (AJWx) |
|---|---|
| Plaintiff, | Honorable S. James Otero |
| v. | **[PROPOSED] ORDER ON MOTION OF PLAINTIFF AND COUNTERDEFENDANT UMG RECORDINGS, INC. FOR AN AWARD OF ATTORNEYS' FEES** |
| TROY AUGUSTO d/b/a ROAST BEAST MUSIC COLLECTABLES AND ROASTBEASTMUSIC, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | Courtroom: 880 |
| AND RELATED COUNTERCLAIM. | |

Mitchell Silberberg & Knupp LLP

1873056.1

[PROPOSED] ORDER RE: MOTION OF UMG FOR ATTORNEYS' FEES

On March 21, 2011, the motion filed by Plaintiff and Counterdefendant UMG Recordings, Inc. ("UMG") seeking an award of attorneys' fees under 17 U.S.C. § 505 came before the Court on regularly noticed motion. The Court, having considered all of the papers filed and evidence submitted in conjunction with the motion, hereby grants the motion. In accordance with the Court's order granting UMG's motion, **IT IS HEREBY ORDERED** as follows:

UMG shall be awarded its attorneys fees in the amount of $477,076.95 as against Defendant and Counterplaintiff Troy Augusto.

**IT IS SO ORDERED.**

DATED: _____, 2011     By: _____
                                  Honorable S. James Otero
                                  United States District Judge